IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00847-PAB-CBS

HONEYWELL INTERNATIONAL INC.,

    Plaintiff,

v.

SHANGHAI PEGASUS MATERIALS CO., LTD, a Chinese company,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal With Prejudice [Docket No. 29]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Dismissal With Prejudice [Docket No. 29] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims and counterclaims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 14, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge